*Rehearing Denied.*

No. 178.  BRYAN *v.* UNITED STATES, *ante,* p. 552;

No. 474.  SMITH ET AL. *v.* O'DWYER, MAYOR, ET AL., *ante,* p. 937;

No. 260, Misc.  PHILLIPS *v.* RAGEN, WARDEN, *ante,* p. 939; and

No. 295, Misc.  COPLON *v.* REEVES ET AL., *ante,* p. 942. The petitions for rehearing in these cases are severally denied.